# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

> The request at ECF No. 12 for an extension of time is
> GRANTED, and the proposed briefing schedule set forth
> therein is ADOPTED.  No further extensions will be granted
> absent a showing of extraordinary circumstances.
>
> The Clerk of Court is respectfully directed to close ECF No. 12.
>
> SO ORDERED.    3/7/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Ciciola v. Commissioner of Social Security*
         Civil Action No. 1:23-cv-08849-SLC

Dear Judge Cave,

We write on behalf of our client, Randy Ciciola, with the consent of the defense, to request an additional 30-days to file his motion for judgment on the pleadings which is currently due on March 11, 2024, per the Court's December 5, 2023 Standing Scheduling Order. This is the parties' second request for an extension.  The reason for this request is that Plaintiff's counsel currently has many overlapping deadlines for Social Security briefs, Court Oral Argument hearings, and status conferences in the next two weeks.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **April 10, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **June 10, 2024**; and

Honorable Sarah L. Cave
March 7, 2024
Page Two

- Plaintiff to file his reply, if any, on or before: **June 24, 2024.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:     212-500-5115
dosborn@osbornlawpc.com

cc: Fergus John Kaiser, Esq.