# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                               dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                               ltrust@osbornlawpc.com

April 8, 2024

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The request at ECF No. 14 for an extension of time is GRANTED, and the proposed briefing schedule set forth therein is ADOPTED.  No further extensions will be granted absent extraordinary circumstances.
>
> The Clerk of Court is respectfully directed to close ECF No. 14.
>
> SO ORDERED.     4/8/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:     *Ciciola v. Commissioner of Social Security*
        Civil Action No. 1:23-cv-08849-SLC

Dear Judge Cave,

        We write on behalf of our client, Randy Ciciola, with the consent of the defense, to request an additional 14-days to file his motion for judgment on the pleadings which is currently due on April 10, 2024, per the Court's March 7, 2024 Order Granting an Extension of Time. This is the parties' third request for an extension.  The reason for this request is that Plaintiff's counsel currently has ten Social Security briefs and an Appellate Court Oral Argument hearing in the next two weeks.

        After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **April 24, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **June 24, 2024**; and

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036               Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Sarah L. Cave
April 8, 2024
Page Two

- Plaintiff to file his reply, if any, on or before: **July 8, 2024.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Fergus John Kaiser, Esq.