**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RANDY CICIOLA,

                Plaintiff,                              23 **CIVIL** 8849 (SLC)

     -v-                                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 25, 2024, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision.

**Dated:**  New York, New York
           June 26, 2024

                                                        **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                             **BY:**     *K. Mango*

                                                     **Deputy Clerk**